## GRATS INMAN v. THE STATE.

No. 3028.    Decided February 22, 1905.

**Gaming—Poker**

Where the evidence showed that the defendant played at a game of cards known as "Poker," at a schoolhouse, the testimony supports the indictment charging defendant with unlawfully playing at a game with cards not at a private residence.

Vol. 47 Crim.—39.

Appeal from the County Court of Hale.   Tried below before Hon. W. C. Mathes.

Appeal from a conviction of unlawfully playing at a game of cards not a private residence; penalty, a fine of $10.

The opinion states the case.

No brief for appellant.

*Howard Martin,* Assistant Attorney-General, for the State.

BROOKS, Judge.—Appellant was convicted of gaming, and fined $10.

Appellant insists that the evidence is not sufficient to support the information, charging the "unlawful playing of a game with cards" not at a private residence.   The only witness introduced on the trial testified, "We all met around and decided to have some fun and rounded up at the schoolhouse, and had a little game of poker."   Poker is defined to be a game with cards—see Webster Dictionary.   We think this testimony supports the allegations of the indictment.   The judgment is affirmed.

*Affirmed.*